**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **James Michael Angelo,** | ) | **CASE NO. 1:06 CV 1097** |
| | ) | |
| Plaintiff, | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| vs. | ) | |
| | ) | |
| **3M Company (Individually and fka** | ) | <u>**Order of Remand**</u> |
| **Minnesota Mining and Manufacturing** | ) | |
| **Company (aka 3M), et al.,** | ) | |
| Defendants. | ) | |

This matter is before the Court upon the Joint Motion to Remand (Doc. 3) filed by plaintiff and defendant, General Electric Company. The motion is GRANTED. This case was originally filed in the Cuyahoga County Common Pleas Court. Defendant, General Electric Company, thereafter removed the case to this Court. No other defendant joined in the removal. Both plaintiff and defendant, General Electric Company, agree that remand is appropriate. Accordingly, this matter is hereby remanded to the Cuyahoga County Common Pleas Court.

IT IS SO ORDERED.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 5/10/06